■ Frank Estelle et al., Appellants, v James D. Blaser et al., Respondents. (Appeal No. 1.) [596 NYS2d 743] —Appeal unanimously dismissed without costs (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051). (Appeal from Judgment of Supreme Court, Wayne County, Strobridge, J.—RPAPL article 15.) Present—Callahan, J. P., Pine, Balio, Lawton and Doerr, JJ.